AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| | | |
|---|---|---|
| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>Northern District Eastern Division |
| DOCKET NO.<br>26cv14060 | DATE FILED<br>11/12/2026 | |
| PLAINTIFF<br>Ralph J. McDonald | | DEFENDANT<br>The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 SEE ATTACHED | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| T. BRUTON | NF | 11/13/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights

3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court

5) Case File Copy

Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-476-392**
**Effective Date of Registration:**
October 23, 2025
**Registration Decision Date:**
January 17, 2026

## Title

**Title of Work:** We're Ready

## Completion/Publication

**Year of Completion:** 2002
**Date of 1st Publication:** April 11, 2002
**Nation of 1st Publication:** United States

## Author

- **Author:** Ralph J. McDonald
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ralph J. McDonald
175 Mockingbird Trail, Gallatin, TN, 37066, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Name:** Jack Appelman
**Address:** PO BOX 2568
Manchester Center, VT 5255 United States

## Certification

**Name:** David Denholm
**Date:** October 23, 2025
**Applicant's Tracking Number:** RM2025102303



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-476-391**
**Effective Date of Registration:**
October 23, 2025
**Registration Decision Date:**
January 17, 2026

## Title

**Title of Work:** Forever Friends

## Completion/Publication

**Year of Completion:** 2005
**Date of 1st Publication:** February 02, 2005
**Nation of 1st Publication:** United States

## Author

- **Author:** Ralph J. McDonald
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ralph J. McDonald
175 Mockingbird Trail, Gallatin, TN, 37066, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Name:** Jack Appelman
**Address:** PO BOX 2568
Manchester Center, VT 5255 United States

## Certification

**Name:** David Denholm
**Date:** October 23, 2025
**Applicant's Tracking Number:** RM2025102301


JOIN DU

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-476-390**
**Effective Date of Registration:**
October 23, 2025
**Registration Decision Date:**
January 17, 2026

## Title

**Title of Work:** Got 'Em Dad

## Completion/Publication

**Year of Completion:** 2005
**Date of 1st Publication:** February 02, 2005
**Nation of 1st Publication:** United States

## Author

- **Author:** Ralph J. McDonald
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ralph J. McDonald
175 Mockingbird Trail, Gallatin, TN, 37066, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Name:** Jack Appelman
**Address:** PO BOX 2568
Manchester Center, VT 5255 United States

## Certification

**Name:** David Denholm
**Date:** October 23, 2025
**Applicant's Tracking Number:** RM2025102302

